UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEOPOLDO ROBLES-MEZA,<br><br>        Defendant. | Case No. 2:22-mj-00412-EJY-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 7, 2022 at the hour of 4:00 p.m., be vacated and continued to October 18, 2022 at the hour of 4:00 p.m. in Courtroom 3B.

DATED this 31st day of August 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3